IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY, | No. 3:16-cv-4796 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN LINDQUIST, et al., | |
| Defendants. | |

On December 16, 2016, the Court dismissed Plaintiff's complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the Defendants and against the Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 16, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1